COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Karen George-Bauchand v. Sadie Lewis

Appellate case number:      01-18-00310-CV

Trial court case number:    16-07-23814

Trial court:                County Court at Law of Waller County

Appellant, Karen George-Bauchand, filed a letter on October 18, 2018 asking this Court to: (1) order appellee, Sadie Lewis, to forward a copy of her brief to appellant and grant appellant additional time to file a reply brief, or (2) strike appellee's brief for failing to serve appellant with her response.

We **grant** the motion, in part, and order that appellant's reply brief, if any, must be filed with the clerk of this court on or before **November 1, 2018**. Appellee's letter brief, which was filed on September 5, 2018, is available on the court's web site. The motion to strike appellee's brief is **denied**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                         Acting individually

Date: October 18, 2018